IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Docket No. **2:05CR208-MEF** |
| | ) | |
| **Jennifer Dorsey** | ) | |

### DETENTION/RELEASE ORDER PENDING SENTENCE

Pursuant to the Crime Control Act of 1990, the court finds that you have entered a plea of guilty to:

    \_\_\_\_\_ (A)     a crime of violence;

    \_\_\_\_\_ (B)     an offense for which the maximum sentence is life imprisonment or death;

    \_\_X\_\_ (C)     an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or the Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 et seq.).

\_\_\_\_ You are hereby remanded to the custody of the U. S. Marshal as required by 18 U.S.C. 3143, as amended.

or

✓ Pursuant to 18 U.S.C. 3145(c), the Court finds that there are exceptional reasons why the defendant's detention would not be appropriate, and that the defendant is not likely to flee or pose a danger to the safety of any other person or the community pending imposition of sentence. It is, therefore, ordered that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on 8/24/05.

5/25/06
Date

_____
U.S. Magistrate Judge